958

PARK AVENUE METHODIST EPISCOPAL CHURCH, Appellant, v. JAMES H. BARRETT,. Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

PARKER-LAUER REALTY Co., INC., Respondent, v. GEORGE M. THOMSON, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

BEN PERETZ, Appellant, v. JULIUS ROSENBLOOM and Another, Respondents.— Motion for leave to appeal to the Appellate Division granted. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

JOHN PUPEK, Appellant, v. RAYMOND WESNOFSKI and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

HARRY RADER, Respondent, v. MAURICE SIMMONS, Individually and as Property Clerk of the Police Department of the City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 415.] Present — Hagarty, Carswell, Adel, Taylor and Close, JJ. [See 265 App. Div. 937.]

ALBERT RIVERA, Respondent, v. MAURICE SIMMONS, as Property Clerk of the Police Department of the City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 887.] Present — Hagarty, Carswell, Adel, Taylor and Close, JJ. [See 265 App. Div. 937.]

LILLIAN RUBINFELD, Appellant, v. LEONARD RUBINFELD, Respondent. — Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without costs. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

ESTHER RUVINSKY and ETTA YASKER, as Executrices, etc., of IDA HERMAN, Deceased, Respondents, v. SAMUEL ROSENBERG, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

GERTRUDE SAKIN, Respondent, v. BENJAMIN M. SAKIN, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

JOHN SMITH, Respondent, v. MAURICE SIMMONS, as Property Clerk of the Police Department of the City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 889.] Present — Hagarty, Carswell, Adel, Taylor and Close, JJ. [See 265 App. Div. 937 ]

ANNE VALENTINE, Respondent, v. HAROLD L. VALENTINE and Another, Appellants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

WALTER WERNER, Respondent, v. REPUBLIC YEAST CORPORATION, Appellant. — Motion for reargument or for alternative relief denied, with ten dollars costs. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

LOTTIE WYKA, as Administratrix, etc., of WLADYSLAW WYKA, Deceased, Appellant, v. L. A. D. MOTORS CORPORATION, Respondent, and Another, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.